UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ROSAS,<br><br>Petitioner,<br><br>v.<br><br>DEBORA BORGAS,<br><br>Respondents. | Case No. 2:26-cv-00655-MMD-MDC<br><br>ORDER GRANTING EXTENSION |

This habeas matter is before the Court on Petitioner David Rosas's unopposed motion for extension of time (ECF No. 14 ("Motion")) seeking an additional 91 days to file a first amended petition for a writ of habeas corpus. The Court notes that Respondents filed a Non-Opposition to the Motion stating, among other things, they do not waive any defenses. (ECF No. 15.) The Court finds the Motion is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Unopposed Motion for Extension of Time in which to File Petitioner's First Amended § 2254 Petition (First Request) (ECF No. 14) is granted. Petitioner has through November 23, 2026, to file a first amended petition.

DATED THIS 25th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE