UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ROSAS,<br>Petitioner,<br>v.<br>DEBORA BORGAS, *et al.*,<br>Respondents. | Case No. 2:26-cv-00655-MMD-MDC<br>ORDER |

This habeas matter is before the Court on Petitioner David Rosas's unopposed motion for extension of time (ECF No. 17 ("Motion")) seeking an additional 88 days to file a first amended petition for a writ of habeas corpus. This is Petitioner's second request for an extension of this deadline. The Court notes that Respondents communicated to Petitioner, among other things, that their non-opposition to this request should not be considered a waiver of any procedural defenses. (*Id.* at 2.) The Court finds the Motion is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Motion (ECF No. 17) is granted. Petitioner has through February 19, 2027, to file a first amended petition.

DATED THIS 24th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE